BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIA AFZAL, et al., | Case No.: 2:13-cv-1504 MCE |
| Plaintiffs, | |
| v. | **Joint Stipulation and Order re: Dismissal** |
| JOHN KERRY, *et al.*, | |
| Defendants. | |

    This is an immigration case in which Plaintiffs challenged an alleged delay in visa processing. The visa has now been approved. The parties therefore stipulate to the dismissal of this action, each side to bear its own cost of litigation.

Dated: October 11, 2013        Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Audrey B. Hemesath
                                            AUDREY B. HEMESATH
                                            Assistant U.S. Attorney

1 | DATED: October 11, 2013

Respectfully submitted,
/s/ Ruby Lieberman
Ruby Lieberman
Attorney for the Plaintiffs

## ORDER

The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated: October 17, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT